| Information to identify the case: | | |
|---|---|---|
| Debtor | **Bond Cleaners, Incorporated**<br>Name | EIN: 75–1633617 |
| United States Bankruptcy Court | Northern District of Texas | Date case filed for chapter: 7   1/30/26 |
| Case number: | 26–40431–elm7 | |

## Official Form 309C (For Corporations or Partnerships)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Bond Cleaners, Incorporated | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2416 Vintage Dr.<br>Arlington, TX 76001 | |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br><br>Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Roddrick Newhouse<br>401 Century Pkwy<br>Unit 715<br>Allen, TX 75013 | Contact phone 469–777–6560 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone 817–333–6000<br><br>Date: 1/30/26 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 10, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 813 822 9351, and Passcode 9957098007, OR call 1–469–784–9078**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

United States Bankruptcy Court

Northern District of Texas

In re: | Case No. 26-40431-elm

Bond Cleaners, Incorporated | Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 2
Date Rcvd: Jan 31, 2026      Form ID: 309C      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bond Cleaners, Incorporated, 2416 Vintage Dr., Arlington, TX 76001-8469 |
| 23146468 | + | Arlington Utilities, PO Box 90020, Arlington, TX 76004-3020 |
| 23146471 | + | Bolt Insurance, PO Box 105608, Atlanta, GA 30348-5608 |
| 23146472 | + | Bond Cleaners, Incorporated, 1644 W. Randol Mill Rd., Arlington, TX 76012-3035 |
| 23146473 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23146476 | + | Exxon Mobil, PO Box 658217, Dallas, TX 75265-8217 |
| 23146477 | + | Geico, PO Box 822636, Philadelphia, PA 19182-2636 |
| 23146478 | + | Global Payments, 1 Heartland Way, Jeffersonville, IN 47130-5870 |
| 23146479 | + | Hamid Kiani (Landlord), 809 Gateshead Ct., Southlake, TX 76092-6363 |
| 23146481 | + | Intex Distributing Inc., 1173 109th St, Grand Prairie, TX 75050-2604 |
| 23146483 | + | James Bond, 2416 Vintage Dr., Arlington, TX 76001-8469 |
| 23146487 | + | Linda Bond, 2416 Vintage Dr., Arlington, TX 76001-8469 |
| 23146488 | + | Markel, PO Box 650028, Dallas, TX 75265-0028 |
| 23146491 | + | Randol Mill West, PO Box 660394, Dallas, TX 75266-0394 |
| 23146492 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23146497 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Jan 31 2026 11:22:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: FRBNEWHOUSE | Jan 31 2026 16:20:00 | Roddrick Newhouse, 401 Century Pkwy, Unit 715, Allen, TX 75013-8043 |
| 23146467 | + | Email/PDF: bncnotices@becket-lee.com | Jan 31 2026 11:29:00 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 23146469 | + | Email/Text: bankruptcy@atmosenergy.com | Jan 31 2026 11:23:00 | Atmos Energy, PO Box 650205, Dallas, TX 75265-0205 |
| 23146470 | ^ | MEBN | Jan 31 2026 11:20:23 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23146474 | + | Email/Text: ecfbankruptcy@nrg.com | Jan 31 2026 11:23:00 | Cirro Energy, PO Box 2229, Houston, TX 77252-2229 |
| 23146475 | + | EDI: CITICORP | Jan 31 2026 16:20:00 | Citi/AAdvantage, PO Box 790046, Saint Louis, MO 63179-0046 |
| 23146482 | + | EDI: IRS.COM | Jan 31 2026 16:20:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23146484 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 31 2026 11:23:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23146485 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 31 2026 11:23:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, |

| District/off: 0539-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2026 | Form ID: 309C | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | TX 75219-3959 |
| 23146486 | | Email/Text: LibertySOP@cscglobal.com | Jan 31 2026 11:22:00 | Liberty Mutual Insurance Company, Attn: Claims / Bankruptcy, 175 Berkeley Street, Boston, MA 02116 |
| 23146490 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 31 2026 11:22:00 | PNC Bank, PO Box 747032, Pittsburgh, PA 15274 |
| 23146489 | + | Email/Text: emccain@pbfcm.com | Jan 31 2026 11:23:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23146493 | + | Email/Text: bankruptcynotices@sba.gov | Jan 31 2026 11:23:00 | SBA, CESC-Covid EIDL Service Center, 14925 Kinsport Rd, Fort Worth, TX 76155-2243 |
| 23146494 | + | Email/Text: dl-csgbankruptcy@charter.com | Jan 31 2026 11:23:00 | Spectrum Business, 4145 S. Falkenburg Rd., Riverview, FL 33578-8652 |
| 23146499 | | Email/Text: bankruptcy@tceq.texas.gov | Jan 31 2026 11:22:00 | Texas Commission on Environmental Quality, 2309 Gravel Dr,, Fort Worth, TX 76118 |
| 23146495 | | Email/Text: pacer@cpa.state.tx.us | Jan 31 2026 11:23:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23146500 | | Email/Text: pacer@cpa.state.tx.us | Jan 31 2026 11:23:00 | Texas Comptroller of Public Accounts, Lyndon B. Johnson State Office Building, PO Box 13528, Austin, TX 78711 |
| 23146496 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jan 31 2026 11:22:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23146498 | + | Email/Text: bcd@oag.texas.gov | Jan 31 2026 11:22:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23146501 | + | Email/Text: collections.pacer@twc.texas.gov | Jan 31 2026 11:23:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23146502 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jan 31 2026 11:23:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23146480 | *+ | Hamid Kiani (Landlord), 809 Gateshead Ct., Southlake, TX 76092-6363 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026          Signature:     /s/Gustava Winters