## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.   26-40431** |
| BOND CLEANERS, INCORPORATED | § | |
| **DEBTOR(S),** | § | **CHAPTER  7** |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**TARRANT COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on  the 5th  day of    February     ,2026, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

CLAYTON  EVERETT
515 E. BORDER ST., STE 163
ARLINGTON, TX 76010

RODDRICK BREON NEWHOUSE
401 CENTURY PARKWAY, UNIT 715
ALLEN, TX 75013

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

3500 Maple Avenue
Suite 800
DALLAS, TX 75219
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:        dallas.bankruptcy@lgbs.com

By:        /s/ Sherrel K. Knighton
Sherrel K. Knighton
SBN: 00796900 TX