Marc W. Taubenfeld
State Bar No. 19679800
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street. Suite 4000
Dallas, TX 75201
(214) 855-7500 – Telephone
(214) 855-7584 – Facsimile
mtaubenfeld@munsch.com
PROPOSED ATTORNEYS FOR
RODDRICK B. NEWHOUSE, CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| BOND CLEANERS, INCORPORATED, | § | CASE NO. 26-40431-elm-7 |
| | § | |
| Debtor. | § | |
| | § | |

**DECLARATION OF MARC W. TAUBENFELD IN SUPPORT OF
APPLICATION OF TRUSTEE FOR EMPLOYMENT OF COUNSEL**

STATE OF TEXAS       §
                     §
COUNTY OF DALLAS     §

Marc W. Taubenfeld, pursuant to Rule 2016 of the Bankruptcy Rules, makes this declaration and states as follows:

1. I am over the age of eighteen (18) years, and am competent to testify to the matters set forth herein.

2. I am an attorney duly admitted to practice before the courts of the State of Texas, as well as this Court, and any Federal District of Texas.

3. I am a Shareholder with the law firm of Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") which the Trustee is seeking to employ by the Application to which this Declaration is attached. All members and associates of this law firm are admitted to practice in Texas and before this Court.

4. The law firm and members of Munsch Hardt have extensive experience in bankruptcy, insolvency, corporate reorganization, and debtor/creditor law. The firm has appeared before this Court on numerous occasions. The firm is well qualified to represent the Applicant generally herein and is willing to accept employment on the basis set forth in the Application.

5. On or about January 30, 2026, the U. S. Trustee's Office assigned Roddrick B. Newhouse to this case.

6. The law firm of Munsch Hardt, its members, and its associates do not hold any interest adverse to the above-entitled Estate, and said law firm is a disinterested person as defined in 11 U.S.C. Sec. 101(14). The law firm has never represented the Debtor. The law firm currently represents creditor PNC Bank ("PNC") with respect to one completely unrelated matter and has never represented PNC in connection with the Debtor. The law firm does not represent any other of Debtor's creditors or parties in interest, its respective attorneys and accountants, if any, in any matter involving the Debtor or its Estate. In addition, the law firm and its members and associates do not hold or represent or have any connection with the United States Trustee or any person employed in the office of the United States Trustee.

EXECUTED this 20th day of February, 2026.

*/s/ Marc W. Taubenfeld*
**MARC W. TAUBENFELD**
State Bar No. 19679800