| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 26-40431-elm7<br>Northern District of Texas<br>Ft. Worth<br>Fri Feb 20 08:01:08 CST 2026 | Bond Cleaners, Incorporated<br>2416 Vintage Dr.<br>Arlington, TX 76001-8469 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Sherrel K. Knighton<br>3500 Maple Avenue<br>Suite 800<br>Dallas, TX 75219-3959 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | Arlington Utilities<br>PO Box 90020<br>Arlington, TX 76004-3020 |
| Atmos Energy<br>PO Box 650205<br>Dallas, TX 75265-0205 | Attorney General<br>Main Justice Bldg, Room 5111<br>10th & Constitution Ave., N.W.<br>Washington, DC 20530-0001 | Bolt Insurance<br>PO Box 105608<br>Atlanta, GA 30348-5608 |
| Bond Cleaners, Incorporated<br>1644 W. Randol Mill Rd.<br>Arlington, TX 76012-3035 | Brackett & Ellis<br>100 Main St.<br>Fort Worth, TX 76102-3008 | Cirro Energy<br>PO Box 2229<br>Houston, TX 77252-2229 |
| Citi/AAdvantage<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | Exxon Mobil<br>PO Box 658217<br>Dallas, TX 75265-8217 | Geico<br>PO Box 822636<br>Philadelphia, PA 19182-2636 |
| Global Payments<br>1 Heartland Way<br>Jeffersonville, IN 47130-5870 | Hamid Kiani (Landlord)<br>809 Gateshead Ct.<br>Southlake, TX 76092-6363 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Intex Distributing Inc.<br>1173 109th St<br>Grand Prairie, TX 75050-2604 | James Bond<br>2416 Vintage Dr.<br>Arlington, TX 76001-8469 | LGBS<br>100 Throckmorton St # 300<br>Fort Worth, TX 76102-2833 |
| LGBS-Dallas<br>3500 Maple Ave Ste 800<br>Dallas, TX 75219-3959 | (p)LIBERTY MUTUAL INSURANCE<br>175 BERKELEY STREET<br>BOSTON MA 02116-3350 | Linda Bond<br>2416 Vintage Dr.<br>Arlington, TX 76001-8469 |
| Markel<br>PO Box 650028<br>Dallas, TX 75265-0028 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Perdue Brandon Fielder Collins and Mott LLP<br>500 E. Border #640<br>Arlington, TX 76010-7457 |
| Randol Mill West<br>PO Box 660394<br>Dallas, TX 75266-0394 | Rick Barnes Tarrant County Tax Assessor<br>100 E Weatherford<br>Fort Worth, TX 76196-0206 | SBA<br>CESC-Covid EIDL Service Center<br>14925 Kinsport Rd<br>Fort Worth, TX 76155-2243 |

| | | |
|---|---|---|
| Spectrum Business<br>4145 S. Falkenburg Rd.<br>Riverview, FL 33578-8652 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Tax Division-US Department of Justice<br>717 N. Harwood, Ste. 400<br>Dallas, TX 75201-6598 |
| Texas Alcoholic Beverage Commission-Taxing A<br>5806 Mesa Dr.<br>Austin, TX 78731-3765 | Texas Attorney General<br>BK-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>ATTN BANKRUPTCY PROGRAM<br>P O BOX 13087<br>MC 132<br>AUSTIN TX 78711-3087 |
| Texas Workforce Comm.<br>TEC Building-Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 | U.S. Trustee<br>1100 Commerce St., Rm 976<br>Dallas, TX 75242-0996 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010-7402 | Roddrick Newhouse<br>401 Century Pkwy<br>Unit 715<br>Allen, TX 75013-8043 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Liberty Mutual Insurance Company<br>Attn: Claims / Bankruptcy<br>175 Berkeley Street<br>Boston, MA 02116 | PNC Bank<br>PO Box 747032<br>Pittsburgh, PA 15274 | State Comptroller<br>Revenue Accounting Division<br>PO Box 13528<br>Austin, TX 78711 |
| Texas Commission on Environmental Quality<br>2309 Gravel Dr,<br>Fort Worth, TX 76118 | (d)Texas Comptroller of Public Accounts<br>Lyndon B. Johnson State Office Building<br>PO Box 13528<br>Austin, TX 78711 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                  40 |