**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| **BOND CLEANERS, INCORPORATED,** | § | CASE NO. 26-40431-elm-7 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER APPROVING THE EMPLOYMENT OF MUNSCH HARDT
KOPF & HARR, P.C. AS ATTORNEYS FOR RODDRICK B. NEWHOUSE,
CHAPTER 7 TRUSTEE FOR THE ESTATE**

ON THIS DAY, came on for consideration the Application to Employ filed by Roddrick B. Newhouse, as Chapter 7 Trustee ("Trustee") seeking approval of the Court to allow employment of Munsch Hardt Kopf & Harr, P.C. (the "Firm") to represent the Trustee, as more particularly set forth in the Application and Affidavit on file in this matter. No notice of hearing on said Application need be given and no objections have been filed. The Trustee and the Firm have represented to this Court that the Firm holds or represents no interest adverse to the Debtor or its

estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

ORDERED that Trustee is authorized to employ the Firm as counsel pursuant to 11 U.S.C. §327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED that the Firm shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

### # # # END OF ORDER # # #

PREPARED BY:
Marc W. Taubenfeld
State Bar No. 19679800
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
T: (214) 855-7500
F: (214) 855-7584
PROPOSED ATTORNEYS FOR
RODDRICK B. NEWHOUSE, CHAPTER 7 TRUSTEE