Marc W. Taubenfeld
Texas Bar No. 19679800
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Telephone: (214) 855-7500
E-Mail: mtaubenfeld@munsch.com
*Counsel for Roddrick B. Newhouse,
Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 7 |
| BOND CLEANERS, INCORPORATED, | § § | CASE NO. 26-40431-elm-7 |
| Debtor. | § § § | *NO HEARING REQUESTED* |

## CERTIFICATE OF NO OBJECTION

TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:

The undersigned files this *Certificate of No Objection* in relation to the *Application for the Employment of Munsch Hardt Kopf & Harr, P.C., as Attorneys for Roddrick B. Newhouse, Chapter 7 Trustee for the Estate* [Docket No. 6] (the "Application") in the above-referenced case, and in support, states:

1. On February 20, 2026, Munsch Hardt Kopf & Harr, P.C. ("Applicant"), counsel for the duly appointed Chapter 7 trustee in the above-captioned bankruptcy case (the "Bankruptcy Case"), filed the Application.

2. Pursuant to Local Bankruptcy Rule 9007-1, as part of the Application, Applicant gave notice of a response deadline of 21 days after service of the Application. Responses were to be filed no later than March 13, 2026. Any objections to the Application were to have been served on the Applicant and the Trustee. As of the filing date of this Certificate, the Applicant and the

Trustee have received no objections or responses to the Application and the docket reflects that no objection or response has been filed.

3. The undersigned hereby certifies that no answer, objection, or other response to the Application has been received and that a search of the official docket for this Bankruptcy Case revealed that no answer, objection, or other response to the Application has been filed with the Court. The proposed order to the Application is attached hereto as Exhibit A.

DATED: March 16, 2026

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR P.C.**

By: */s/ Marc Taubenfeld*
Marc W. Taubenfeld
Texas Bar No. 19679800
500 N. Akard Street, Suite 4000
Dallas, Texas  75201-6605
Telephone:  (214) 855-7500
E-Mail:  mtaubenfeld@munsch.com

***Proposed Attorneys for Roddrick B. Newhouse, Chapter 7 Trustee***

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 16, 2026, I caused true and correct copies of the foregoing document with all exhibits thereto to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties registered or otherwise entitled to receive notice thereof.

*/s/ Marc W. Taubenfeld*
Marc W. Taubenfeld