

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **BOND CLEANERS, INCORPORATED,** | § | **CASE NO. 26-40431-elm-7** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |

## ORDER APPROVING THE EMPLOYMENT OF MUNSCH HARDT
## KOPF & HARR, P.C. AS ATTORNEYS FOR RODDRICK B. NEWHOUSE,
## CHAPTER 7 TRUSTEE FOR THE ESTATE

ON THIS DAY, came on for consideration the Application to Employ filed by Roddrick

B. Newhouse, as Chapter 7 Trustee ("Trustee") seeking approval of the Court to allow employment

of Munsch Hardt Kopf & Harr, P.C. (the "Firm") to represent the Trustee, as more particularly set

forth in the Application and Affidavit on file in this matter. No notice of hearing on said

Application need be given and no objections have been filed. The Trustee and the Firm have

represented to this Court that the Firm holds or represents no interest adverse to the Debtor or its

estate, that it is disinterested, and that its employment is in the best interest of the estate.  It is therefore

ORDERED that Trustee is authorized to employ the Firm as counsel pursuant to 11 U.S.C. §327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED that the Firm shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

**# # # END OF ORDER # # #**

PREPARED BY:
Marc W. Taubenfeld
State Bar No. 19679800
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
T:  (214) 855-7500
F:  (214) 855-7584
PROPOSED ATTORNEYS FOR
RODDRICK B. NEWHOUSE, CHAPTER 7 TRUSTEE