Roddrick Newhouse
401 Century Pkwy
Suite 715
Allen, TX 75013
(469) 777-6560
rn7trustee@gmail.com
CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BOND CLEANERS, INCORPORATED,** | § | **CASE NO. 26-40431-elm7** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 7** |
| | § | |

**TRUSTEE'S NOTICE OF ASSETS**

TO THE CLERK OF THE BANKRUPTCY COURT:

The meeting of creditors for the above entitled and numbered proceeding was originally held and concluded. There now appear to be assets to be administered and I hereby request that the status of this proceeding be changed to an asset case. Please establish a bar date and notify creditors to file a Proof of Claim.

Respectfully submitted,

By: /s/ *Roddrick Newhouse*
Roddrick Newhouse
CHAPTER 7 TRUSTEE
401 Century Pkwy
Suite 715
Allen, TX 75013
Telephone: (469) 777-6560
Email: rn7trustee@gmail.com