United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 26-40431-elm

Bond Cleaners, Incorporated                                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                          Page 1 of 3

Date Rcvd: Apr 09, 2026                       Form ID: NOA                          Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bond Cleaners, Incorporated, 2416 Vintage Dr., Arlington, TX 76001-8469 |
| aty | | Marc W. Taubenfeld, Munsch Hardt Kopf & Harr, P.C., 500 N. Akard St., 3550 Lincoln Plaza, Dallas, TX 75201 |
| 23146468 | + | Arlington Utilities, PO Box 90020, Arlington, TX 76004-3020 |
| 23146471 | + | Bolt Insurance, PO Box 105608, Atlanta, GA 30348-5608 |
| 23146472 | #+ | Bond Cleaners, Incorporated, 1644 W. Randol Mill Rd., Arlington, TX 76012-3035 |
| 23146473 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23146476 | + | Exxon Mobil, PO Box 658217, Dallas, TX 75265-8217 |
| 23146477 | + | Geico, PO Box 822636, Philadelphia, PA 19182-2636 |
| 23146478 | + | Global Payments, 1 Heartland Way, Jeffersonville, IN 47130-5870 |
| 23146479 | + | Hamid Kiani (Landlord), 809 Gateshead Ct., Southlake, TX 76092-6363 |
| 23146481 | + | Intex Distributing Inc., 1173 109th St, Grand Prairie, TX 75050-2604 |
| 23146483 | + | James Bond, 2416 Vintage Dr., Arlington, TX 76001-8469 |
| 23146487 | + | Linda Bond, 2416 Vintage Dr., Arlington, TX 76001-8469 |
| 23146488 | + | Markel, PO Box 650028, Dallas, TX 75265-0028 |
| 23146491 | + | Randol Mill West, PO Box 660394, Dallas, TX 75266-0394 |
| 23146492 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23146497 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 09 2026 21:44:00 | Tarrant County, C/O Sherrel K. Knighton, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| 23146467 | + | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 21:55:35 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 23146469 | + | Email/Text: bankruptcy@atmosenergy.com | Apr 09 2026 21:44:00 | Atmos Energy, PO Box 650205, Dallas, TX 75265-0205 |
| 23146470 | ^ | MEBN | Apr 09 2026 21:40:03 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23146474 | + | Email/Text: ecfbankruptcy@nrg.com | Apr 09 2026 21:44:00 | Cirro Energy, PO Box 2229, Houston, TX 77252-2229 |
| 23146475 | + | EDI: CITICORP | Apr 10 2026 01:34:00 | Citi/AAdvantage, PO Box 790046, Saint Louis, MO 63179-0046 |
| 23146482 | + | EDI: IRS.COM | Apr 10 2026 01:34:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23146484 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 09 2026 21:44:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |

District/off: 0539-4                           User: admin                                      Page 2 of 3

Date Rcvd: Apr 09, 2026                        Form ID: NOA                                     Total Noticed: 38

| 23146485 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 09 2026 21:44:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23146486 | | Email/Text: LibertySOP@cscglobal.com | Apr 09 2026 21:43:00 | Liberty Mutual Insurance Company, Attn: Claims / Bankruptcy, 175 Berkeley Street, Boston, MA 02116 |
| 23146490 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 09 2026 21:43:00 | PNC Bank, PO Box 747032, Pittsburgh, PA 15274 |
| 23146489 | + | Email/Text: emccain@pbfcm.com | Apr 09 2026 21:44:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23146493 | + | Email/Text: bankruptcynotices@sba.gov | Apr 09 2026 21:44:00 | SBA, CESC-Covid EIDL Service Center, 14925 Kinsport Rd, Fort Worth, TX 76155-2243 |
| 23146494 | + | Email/Text: dl-csgbankruptcy@charter.com | Apr 09 2026 21:44:00 | Spectrum Business, 4145 S. Falkenburg Rd., Riverview, FL 33578-8652 |
| 23146499 | | Email/Text: bankruptcy@tceq.texas.gov | Apr 09 2026 21:43:00 | Texas Commission on Environmental Quality, 2309 Gravel Dr,, Fort Worth, TX 76118 |
| 23146495 | | Email/Text: pacer@cpa.state.tx.us | Apr 09 2026 21:44:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23146500 | | Email/Text: pacer@cpa.state.tx.us | Apr 09 2026 21:44:00 | Texas Comptroller of Public Accounts, Lyndon B. Johnson State Office Building, PO Box 13528, Austin, TX 78711 |
| 23146496 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Apr 09 2026 21:43:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23146498 | + | Email/Text: bcd@oag.texas.gov | Apr 09 2026 21:43:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23146501 | + | Email/Text: collections.pacer@twc.texas.gov | Apr 09 2026 21:44:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23146502 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 09 2026 21:44:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| 23146480 | *+ | Hamid Kiani (Landlord), 809 Gateshead Ct., Southlake, TX 76092-6363 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                    Signature:        /s/Gustava Winters

District/off: 0539-4                          User: admin                                    Page 3 of 3

Date Rcvd: Apr 09, 2026                       Form ID: NOA                              Total Noticed: 38

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clayton Everett | on behalf of Debtor Bond Cleaners  Incorporated clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marc W. Taubenfeld | on behalf of Trustee Roddrick Newhouse mtaubenfeld@munsch.com  Courtmail@munsch.com |
| Roddrick Newhouse | rn7trustee@gmail.com  rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com |
| Sherrel K. Knighton | on behalf of Creditor Tarrant County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5

ntcclm (rev. 12/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Bond Cleaners, Incorporated §    Case No.:   26−40431−elm7
§    Chapter No.:   7
§
Debtor(s) §

## NOTICE TO FILE CLAIM

**TO THE DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST:**

1. Notice was previously given that an order for the relief under the U.S. Bankruptcy Code had been entered on a petition filed by or against the above referenced debtor.
2. The original notice states that there were no apparent assets and the creditors should not file proofs of claim. However, assets have now been recovered from which it appears that payment to creditors may be possible. Accordingly, **July 7, 2026** is fixed as the last day for filing proofs of claim. Governmental units should refer to 11 USC section 502(b)(9) to determine the last day for filing a proof of claim.
3. A creditor must now file a proof of claim within the time limit in order to share in any distribution from the estate, except as provided in 11 U.S.C Section 501(c). A proof of claim must conform substantially to Official Form 410. A Proof of Claim form ("Official Form 410") can be filed online at the Bankruptcy Court's Website: (http://www.txnb.uscourts.gov) or at any bankruptcy clerk's office. It is necessary to file a claim even if the debtor has scheduled you correctly as a creditor on the lists filed with the Court. If you have previously filed a proof of claim in this case, this notice does not require you to refile your claim. To receive acknowledgement of receipt by the clerk, enclose a copy of the claim and an adequate sized self−addressed stamped envelope.
4. Claims must be filed with the:

     U.S. Bankruptcy Court 501 W. Tenth Street
     Fort Worth, TX 76102

**FILE YOUR CLAIM ONLINE**

The United States Bankruptcy Court for the Northern District of Texas now accepts claims in all cases electronically via the Online Claim Filing System. The Court strongly encourages e−Filing your Proof of Claim.

E−filing is fast, free and does not require a login or password.

To learn more and begin filing your Proof of Claim, please visit our website at:
http://www.txnb.uscourts.gov

CLAIMS ADDRESSED OR SENT TO THE DEBTOR, TRUSTEE, OR UNITED STATES TRUSTEE WILL NOT BE FILED.

DATED:  4/9/26                          FOR THE COURT:
                                        Stephen J Manz, Clerk of Court

                                        by: /s/Chris Tello, Deputy Clerk

Trustee: Roddrick Newhouse