Marc W. Taubenfeld
Texas Bar No. 19679800
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas  75201-6605
Telephone:  (214) 855-7500
E-Mail: mtaubenfeld@munsch.com
*Counsel for Roddrick B. Newhouse,*
*Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| BOND CLEANERS, INCORPORATED, | § | Case No. 26-40431-elm-7 |
| | § | |
| Debtor. | § | Hearing: May 27, 2026 at 9:30 a.m. |
| | § | |
| | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that *Trustee's Motion to Sell Personal Property Free and Clear of Liens and to Authorize Surcharges with Respect to the Same* has been set for hearing and will be heard by this Court on **May 27, 2026, at 9:30 a.m.** before the Honorable Edward L. Morris, at the United States Bankruptcy Court for the Northern District of Texas, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 and via WebEx via the information provided below.

**PLEASE TAKE FURTHER NOTICE** that the parties who wish to participate in the hearing by videoconference may do so via WebEx:

> **For WebEx Video Participation/Attendance**:
> Link: https://us-courts.webex.com/meet/morris
> Meeting Number: 2309-445-3213
>
> **For WebEx Telephonic Only Participation/Attendance**:
> Dial-In: 1.650.479.3207
> Meeting ID: 2309 445 3213

NOTICE OF HEARING                                                                                                    1
4927-0594-9606v.1

**PLEASE TAKE FURTHER NOTICE** that additional information about the hearing may

be located at this link: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-

hearing-dates

RESPECTFULLY SUBMITTED this 27th day of April, 2026.

**MUNSCH HARDT KOPF & HARR, P.C.**

/s/ *Marc W. Taubenfeld*

Marc W. Taubenfeld
Texas Bar No. 19679800
500 N. Akard St., Suite 4000
Dallas, Texas 75201
214-855-7500
mtaubenfeld@munsch.com

***Counsel for Roddrick B. Newhouse,***
***Chapter 7 Trustee***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 27, 2026, a true and correct copy of this document was electronically served by the Court's ECF system on parties entitled to notice thereof and to all parties on the attached service list by first class U.S. Mail, postage prepaid.

/s/ *Marc W. Taubenfeld*

Marc W. Taubenfeld