

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 20, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| BOND CLEANERS, INCORPORATED, | § | CASE NO. 26-40431-elm-7 |
| | § | |
| Debtor. | § | Hearing: May 27, 2026 at 9:30 a.m. |
| | § | |

## ORDER GRANTING TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND TO AUTHORIZE SURCHARGES <u>WITH RESPECT TO THE SAME</u>

ON THIS DAY, came on for consideration *Trustee's Motion to Sell Personal Property Free and Clear of Liens and to Authorize Surcharges with Respect to the Same* ("<u>Motion</u>"), seeking approval of the Court that the personal property be sold free and clear of any and all liens and to authorize surcharges. It is therefore

ORDERED that the Trustee may sell the Property[1] described in the Motion for $32,000 to Miller Dry Cleaner, LLC. It is further

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

ORDERED that, upon agreement reached with the first lienholder on the Property, the Small Business Administration ("SBA"), a surcharge of $15,000, to cover the statutory commission to the Trustee and the Estate's professional fees in connection with the sale and estate administration, should be, and hereby is, awarded, with such surcharge to be free and clear of the SBA's, and any other party's, liens, and which surcharge shall be in full and final settlement of any potential surcharge claim by the Estate against such lienholders; It is further

ORDERED that the remaining funds after the surcharge shall be delivered to the SBA, as first lienholder on the Property;

ORDERED that the buyer at the Proposed Sale would be required to consummate the Proposed Sale and remove anything it purchases at its own expense by June 15, 2026. It is finally

ORDERED that all sales will be effectuated in compliance with any applicable non-bankruptcy law governing the transfer of medical, pharmaceutical, chemical and other equipment and goods.  All sales will be without warranty, on a "where is, as is" basis, with no recourse to the Estate.

# # # END OF ORDER # # #

Submitted:
Munsch Hardt Kopf & Harr, P.C.
Marc W. Taubenfeld
Texas Bar No. 19679800
4000 Ross Tower
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
mtaubenfeld@munsch.com

**ATTORNEYS FOR RODDRICK B. NEWHOUSE, TRUSTEE**