BL10015237

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION

IN RE:  BOND CLEANERS, INCORPORATED

Chapter: 7
Bankruptcy No: 26-40431-ELM-7

## WITHDRAWAL OF CLAIM

American Express National Bank, by and through its counsel, withdraws its Proof of Claim Number 5 filed on June 2nd, 2026, for account number 2001 and in the amount of $4,526.88.

Respectfully submitted,

By:  /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE:        6/10/2026