Marc W. Taubenfeld
Texas Bar No. 19679800
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas  75201-6605
Telephone:  (214) 855-7500
E-Mail: mtaubenfeld@munsch.com
*Counsel for Roddrick B. Newhouse,*
*Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| | § | **CASE NO. 26-40431-elm7** |
| **BOND CLEANERS, INCORPORATED,** | § | |
| | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |
| | § | |

### APPLICATION TO EMPLOY LAIN, FAULKNER & CO., P.C. AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., ROOM 14, FORT WORTH, TEXAS  76102-3643 BEFORE THE CLOSE OF BUSINESS ON AUGUST 13, 2026 WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Roddrick B. Newhouse (the "Trustee"), in his capacity as the chapter 7

trustee for Bond Cleaners, Incorporated (the "Debtor"), files this *Application to Employ Lain,*

*Faulkner & Co., P.C. as Accountants for the Chapter 7 Trustee* ("Application"), and in support

thereof would respectfully show unto this Court as follows:

1.      On January 30, 2026, the Debtor case was initiated by the filing of a Voluntary

Petition under Chapter 7, Title 11 of the U.S. Code, and the Court appointed Roddrick B.

Newhouse as Chapter 7 Trustee for the Debtor's estate (the "Trustee" or "Applicant").

2.      Lain, Faulkner & Co., P.C. ("LainFaulkner") maintains offices at 1700 Pacific

Avenue, Suite 2700, Dallas, Texas  75201.  The professional services, pursuant to 11 U.S.C. §327,

that the Trustee requires or may need LainFaulkner to render include, but are not limited to, the

following:

(a)      Chapter 5 review;

(b)      Assist the Trustee in the analysis of tax and taxation issues and in the filing
of any necessary information and compliance forms regarding taxes; and

(c)      Perform all other accounting services and provide all other financial advice
to the Trustee in connection with this Chapter 7 case as may be required or
necessary.

3.      The above described professional services will be performed in a consultant role.

Should it be determined at a later date that the Trustee requires expert witness services in this

matter and desires LainFaulkner to provide those services, this Application will be amended to

address those additional services.

4.      To the best of the Trustee's knowledge and based upon the Declaration of Dean

Bielitz (the "Bielitz Declaration") attached hereto as Exhibit A and incorporated herein,

LainFaulkner represents no interests adverse to this estate or any other entity in connection with

this case and is a "disinterested person" within the meaning of 11 U.S.C. §101(14).  The Trustee

submits the employment of LainFaulkner will be in the best interest of the estate and is necessary

to assist the Trustee in fulfilling his duties.

**APPLICATION TO EMPLOY LAIN, FAULKNER & CO., P.C.**                                    **PAGE 2**

5.      LainFaulkner has agreed to perform such accounting services on an hourly fee basis at its standard hourly rates, and the Trustee has agreed to same subject to this Court's approval. LainFaulkner's standard rates range from the following, depending on the personnel assigned:

| Professional/Paraprofessional | Hourly Rate |
|---|---|
| Directors | $440 - $540 |
| Accounting Professionals | $210 - $350 |
| IT Professionals | $325 |
| Staff Accountants | $270 - $295 |
| Clerical and Bookkeepers | $95 - $145 |

LainFaulkner's rates are subject to periodic adjustment (normally at year-end) to reflect economic conditions, as well as experience and other similar factors.  These rates are set at a level to fairly compensate LainFaulkner for the services it provides and routine overhead expenses. LainFaulkner has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under § 504(b)(1) of the Bankruptcy Code.

6.      To the best of the Trustee's knowledge, other than as set out in the Bielitz Declaration, the members of LainFaulkner (i) do not have any connection with the Debtor, its creditors, or any other party in interest or their respective attorneys and accountants, (ii) do not have any connection with the United States Trustee or any person employed in the Office of the United States Trustee, (iii) are "disinterested persons," as that term is defined in § 101(14) of the Bankruptcy Code, and (iv) do not hold or represent any interest adverse to the Debtor's estate.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the Court grant the Application to Employ Lain, Faulkner & Co., P.C. as Accountants for the Chapter 7 Trustee effective on the date of the filing of this Application, subject to the terms set forth herein and for such other and further relief as may be just.

Dated: July 23, 2026

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR P.C.**

By:  */s/  Marc Taubenfeld*
     Marc W. Taubenfeld
     Texas Bar No. 19679800
     500 N. Akard Street, Suite 4000
     Dallas, Texas  75201-6605
     Telephone:  (214) 855-7500
     E-Mail:  mtaubenfeld@munsch.com

***Attorneys for Roddrick B.***
***Newhouse, Chapter 7 Trustee***

## CERTIFICATE OF SERVICE

I hereby certify that, on July 23, 2026, I caused true and correct copies of the foregoing document with all exhibits thereto to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties registered or otherwise entitled to receive notice thereof, and that, on the same day, I caused true and correct copies of the foregoing document with the exhibits thereto to be served by U.S. first class mail, postage prepaid, on the parties listed on the attached Service List.

*/s/ Marc. W. Taubenfeld*
Marc W. Taubenfeld