Label Matrix for local noticing
0539-4
Case 26-40431-elm7
Northern District of Texas
Ft. Worth
Thu Jul 23 15:09:56 CDT 2026

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bond Cleaners, Incorporated
2416 Vintage Dr.
Arlington, TX 76001-8469

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
C/O Sherrel K. Knighton
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

501 W. Tenth Street
Fort Worth, TX 76102-3637

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Arlington Utilities
PO Box 90020
Arlington, TX 76004-3020

Atmos Energy
PO Box 650205
Dallas, TX 75265-0205

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530-0001

Bolt Insurance
PO Box 105608
Atlanta, GA 30348-5608

Bond Cleaners, Incorporated
1644 W. Randol Mill Rd.
Arlington, TX 76012-3035

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102-3008

Cirro Energy
PO Box 2229
Houston, TX 77252-2229

Citi/AAdvantage
PO Box 790046
Saint Louis, MO 63179-0046

Exxon Mobil
PO Box 658217
Dallas, TX 75265-8217

Geico
PO Box 822636
Philadelphia, PA 19182-2636

Global Payments
1 Heartland Way
Jeffersonville, IN 47130-5870

Hamid Kiani (Landlord)
809 Gateshead Ct.
Southlake, TX 76092-6363

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Intex Distributing Inc.
1173 109th St
Grand Prairie, TX 75050-2604

James Bond
2416 Vintage Dr.
Arlington, TX 76001-8469

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102-2833

LGBS-Dallas
3500 Maple Ave Ste 800
Dallas, TX 75219-3959

(p)LIBERTY MUTUAL INSURANCE
175 BERKELEY STREET
BOSTON MA 02116-3350

Linda Bond
2416 Vintage Dr.
Arlington, TX 76001-8469

Markel
PO Box 650028
Dallas, TX 75265-0028

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Perdue Brandon Fielder Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010-7457

Randol Mill West
PO Box 660394
Dallas, TX 75266-0394

Rick Barnes Tarrant County Tax Assessor
100 E Weatherford
Fort Worth, TX 76196-0206

SBA
CESC-Covid EIDL Service Center
14925 Kinsport Rd
Fort Worth, TX 76155-2243

Spectrum Business
4145 S. Falkenburg Rd.
Riverview, FL 33578-8652

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528


Tax Division-US Department of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201-6598

Texas Alcoholic Beverage Commission-Taxing A
5806 Mesa Dr.
Austin, TX 78731-3765

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711-2548


(p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
ATTN BANKRUPTCY PROGRAM
P O BOX 13087
MC 132
AUSTIN TX 78711-3087

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243


U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010-7402


Marc W. Taubenfeld
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., 3550 Lincoln Plaza
Dallas, TX 75201

Roddrick Newhouse
401 Century Pkwy
Unit 715
Allen, TX 75013-8043


        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


LIBERTY MUTUAL INSURANCE
100 LIBERTY WAY
DOVER, NH 03820

(d)Liberty Mutual Insurance Company
Attn: Claims / Bankruptcy
175 Berkeley Street
Boston, MA 02116

PNC Bank
PO Box 747032
Pittsburgh, PA 15274


State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

Texas Commission on Environmental Quality
2309 Gravel Dr,
Fort Worth, TX 76118

(d)Texas Commission on Environmental Quality
Bankruptcy Program - MC 132
PO Box 13087
Austin, Texas 78711


(d)Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
PO Box 13528
Austin, TX 78711


        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(d)Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

End of Label Matrix
Mailable recipients    43
Bypassed recipients     2
Total                  45