FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  1

| | |
|---|---|
| **Case No.:** | 26-40431-ELM |
| **Case Name:** | BOND CLEANERS, INCORPORATED |
| **For the Period Ending:** | 06/30/2026 |

| | |
|---|---|
| **Trustee Name:** | Roddrick B. Newhouse |
| **Date Filed (f) or Converted (c):** | 01/30/2026 (f) |
| **§341(a) Meeting Date:** | 03/10/2026 |
| **Claims Bar Date:** | 07/07/2026 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Remaining funds in operating account (u) | $0.00 | $0.00 | | $14,213.16 | FA |
| 2 | Texas Trust Checking account 0 7 5 9 | $15,859.20 | $15,859.20 | | $0.00 | FA |
| 3 | Texas Trust Savings account 0 7 5 9 | $5.00 | $5.00 | | $0.00 | FA |
| 4 | Accounts receivable 90 days old or less: | $690.30 | $690.30 | | $0.00 | FA |
| 5 | 15hp CAS air compressor $2,000.00 Asset valuation compiled by Lott Equipment Repair | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 6 | Rema dry vacuum RP8 $2,150.00 Asset valuation compiled by Lott Equipment Repair | $2,150.00 | $2,150.00 | | $0.00 | FA |
| 7 | 2016 Fulton Boiler 20hp (Model FB-020-LE) $7,500.00 Asset valuation compiled by Lott Equipment Repair | $7,500.00 | $7,500.00 | | $0.00 | FA |
| 8 | Button machines (2) $400.00 Asset valuation compiled by Lott Equipment Repair | $400.00 | $400.00 | | $0.00 | FA |
| 9 | Cissell spotting board $1,000.00 Asset valuation compiled by Lott Equipment Repair | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 10 | Starch cooker $600.00 Asset valuation compiled by Lott Equipment Repair | $600.00 | $600.00 | | $0.00 | FA |
| 11 | GE home dryer $200.00 Asset valuation compiled by Lott Equipment Repair | $200.00 | $200.00 | | $0.00 | FA |
| 12 | Uni-Mac 60 lb. commercial washer (Model UW50M3AU10001) $2,000.00 Asset valuation compiled by Lott Equipment Repair | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 13 | Uni-Mac 60 lb. commercial washer (Model UW50PVQU30001) $2,500.00 Asset valuation compiled by Lott Equipment Repair | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 14 | Cissell laundry single topper (2) (Model ACI-1193/110) $1,000.00 Asset valuation compiled by Lott Equipment Repair | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 15 | Uni-press laundry double legger (Model DLZ) $2,500.00 Asset valuation compiled by Lott Equipment Repair | $2,500.00 | $2,500.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2

| | | | | |
|---|---|---|---|---|
| Case No.: | 26-40431-ELM | Trustee Name: | Roddrick B. Newhouse | |
| Case Name: | BOND CLEANERS, INCORPORATED | Date Filed (f) or Converted (c): | 01/30/2026 (f) | |
| For the Period Ending: | 06/30/2026 | §341(a) Meeting Date: | 03/10/2026 | |
| | | Claims Bar Date: | 07/07/2026 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  Uni-press single topper cotton (Model 19MX) $3,500.00 Asset valuation compiled by Lott Equipment Repair | $3,500.00 | $3,500.00 | | $0.00 | FA |
| 17  Uni-press double buck shirt (Model TD2) $15,000.00 Asset valuation compiled by Lott Equipment Repair | $15,000.00 | $15,000.00 | | $0.00 | FA |
| 18  Uni-press collar & cuff (2) (Model 3TZP) $4,000.00 Asset valuation compiled by Lott Equipment Repair | $4,000.00 | $4,000.00 | | $0.00 | FA |
| 19  Uni-press sleever (Model ABS) $1,500.00 Asset valuation compiled by Lott Equipment Repair | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 20  Columbia dryclean machines (Model HCS CRT 240 N2) $40,000.00 Asset valuation compiled by Lott Equipment Repair | $40,000.00 | $40,000.00 | | $0.00 | FA |
| 21  Nitrogen generators (2) $6,000.00 Asset valuation compiled by Lott Equipment Repair | $6,000.00 | $6,000.00 | | $0.00 | FA |
| 22  Forenta triple puff iron (Model 33ps) $800.00 Asset valuation compiled by Lott Equipment Repair | $800.00 | $800.00 | | $0.00 | FA |
| 23  Forenta dryclean pant legger (Model 472FRG) $2,500.00 Asset valuation compiled by Lott Equipment Repair | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 24  Uni-press dryclean pant legger (Model 46x) $2,500.00 Asset valuation compiled by Lott Equipment Repair | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 25  Forenta form finisher (Model 604afl) $1,500.00 Asset valuation compiled by Lott Equipment Repair | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 26  Uni-press utility press (Model 42LX) $2,500.00 Asset valuation compiled by Lott Equipment Repair | $2,500.00 | $2,500.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   3

| Case No.: | 26-40431-ELM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | BOND CLEANERS, INCORPORATED | Date Filed (f) or Converted (c): | 01/30/2026 (f) |
| For the Period Ending: | 06/30/2026 | §341(a) Meeting Date: | 03/10/2026 |
| | | Claims Bar Date: | 07/07/2026 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | Conveyor (2) $400.00 Asset valuation compiled by Lott Equipment Repair | $400.00 | $400.00 | | $0.00 | FA |
| 28 | Work desks (5), chairs (4), file cabinet $500.00 Debtors opinion | $500.00 | $500.00 | | $0.00 | FA |
| 29 | Storage counters (2), shelving systems (2) $500.00 Debtors opinion | $500.00 | $500.00 | | $0.00 | FA |
| 30 | 2017 Chevrolet City Express / Valuation by Kelley Blue Book $8,105.00 NADA | $8,105.00 | $0.00 | | $0.00 | FA |
| 31 | Commercial Lease / 138 S Bowen Rd. Ste 100 Arlington, TX 76012 Lease $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 32 | Commercial Lease / 1644 W Randol Mill Rd Arlington, TX 76012 Lease $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 33 | https://www.bondcleaners.com/ $0.00 | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**
Gross Value of Remaining Assets

| $127,709.50 | $119,604.50 | $14,213.16 | $0.00 |
|---|---|---|---|

**Major Activities affecting case closing:**

05/11/2026    Hearing - [12] Motion to sell property free and clear of liens under Section 363(f)

02/23/2026    Trustee employed counsel to provide general legal services throughout the course of this proceeding.

| Initial Projected Date Of Final Report (TFR): | 04/07/2028 | Current Projected Date Of Final Report (TFR): | /s/ RODDRICK B. NEWHOUSE |
|---|---|---|---|
| | | | RODDRICK B. NEWHOUSE |