Marc W. Taubenfeld
Texas Bar No. 19679800
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas  75201-6605
Telephone:  (214) 855-7500
E-Mail: mtaubenfeld@munsch.com
*Counsel for Roddrick B. Newhouse,*
*Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **BOND CLEANERS, INCORPORATED,** | § | **CASE NO. 26-40431-elm-7** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |

**CERTIFICATE OF NO OBJECTION**

TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:

The undersigned files this *Certificate of No Objection* in relation to the *Trustee's Application to Employ Lain, Faulkner & Co., P.C. as Accountants for the Chapter 7 Trustee* [Docket No. 19] (the "Motion") in the above-referenced case, and in support, states:

1.      On July 23, 2026, Roddrick B. Newhouse, Chapter 7 trustee ("Trustee") in the above-captioned bankruptcy case (the "Bankruptcy Case"), filed the Motion.

2.      Pursuant to Local Bankruptcy Rule 9007-1, as part of the Motion, Trustee gave notice of a response deadline of 21 days after service of the Motion. Responses were to be filed no later than August 13, 2026. Any objections to the Motion were to have been served on the Trustee or his counsel. As of the filing date of this Certificate, neither the Trustee nor his counsel has received any objections or responses to the Motion and the docket reflects that no objection or response has been filed.

3.        The undersigned hereby certifies that no answer, objection, or other response to the Motion has been received and that a search of the official docket for this Bankruptcy Case revealed that no answer, objection, or other response to the Motion has been filed with the Court. The proposed order to the Motion is attached hereto as **Exhibit A**.

DATED: August 14, 2026

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR P.C.**

By: */s/ Marc Taubenfeld*
    Marc W. Taubenfeld
    Texas Bar No. 19679800
    500 N. Akard Street, Suite 4000
    Dallas, Texas  75201-6605
    Telephone:  (214) 855-7500
    E-Mail:  mtaubenfeld@munsch.com

***Counsel for Roddrick B. Newhouse, Chapter 7 Trustee***

## CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2026, I caused true and correct copies of the foregoing document with all exhibits thereto to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties registered or otherwise entitled to receive notice thereof.

*/s/ Marc W. Taubenfeld*
Marc W. Taubenfeld