CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 17, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-40431-elm7** |
| **BOND CLEANERS, INCORPORATED,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

**ORDER APPROVING APPLICATION FOR**
**EMPLOYMENT OF ACCOUNTANTS**

CAME ON TO BE CONSIDERED the *Application for Employment of Lain, Faulkner & Co., P.C. as Accountants for the Chapter 7 Trustee* (the "Application") filed by the Chapter 7 Trustee seeking approval of the Court to allow Lain, Faulkner & Co., P.C. ("LainFaulkner") to act as an accountant as more particularly set forth in the Application and Declaration on file in this matter. No notice of hearing on said Application need be given and no objections have been filed that have not been withdrawn. The Trustee and LainFaulkner have represented to this Court that

LainFaulkner holds or represents no interest adverse to the Debtor or the estate, that LainFaulkner is disinterested, and that LainFaulkner's employment is in the best interest of the estate.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to employ LainFaulkner as an accountant pursuant to 11 U.S.C. §327(a), effective as of the date of the filing of this Application, with all fees payable subject to interim and/or final application and approval of this Court.

IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED, that LainFaulkner shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

# # # END OF ORDER # # #

Submitted by:

Marc W. Taubenfeld
Texas Bar No. 19679800
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
(214) 855-7500
mtaubenfeld@munsch.com
*Counsel for Roddrick B. Newhouse,*
*Chapter 7 Trustee*