Marc W. Taubenfeld
Texas Bar No. 19679800
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Telephone: (214) 855-7500
E-Mail: mtaubenfeld@munsch.com
*Counsel for Roddrick B. Newhouse, Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| BOND CLEANERS, INCORPORATED, | § | CASE NO. 26-40431-elm-7 |
| | § | |
| Debtor. | § | |

# TRUSTEE'S REPORT OF SALE

TO THE COURT AND ALL PARTIES IN INTEREST:

COMES NOW, Roddrick B. Newhouse, the chapter 7 Trustee (the "Trustee") for the estate (the "Estate") of Bond Cleaners, Incorporated (the "Debtor"), and makes and files this *Report of Sale*, in support of which the Trustee respectfully states as follows:

1. On May 27, 2026, the Court entered its *Order Granting Trustee's Motion to Sell Personal Property Free and Clear of Liens and to Authorize Surcharges with Respect to Same* [Docket No. 17] (the "Sale Order"), which authorized the Trustee to sell certain of the Debtor's personal property assets, as set forth more fully in paragraph 1 of the Motion to Sell (the "Assets").

2. On August 11, 2026, the sale of the Assets occurred, and the Trustee received the purchase price from the purchaser, Miller Dry Cleaner, LLC, in the amount of $32,000.00.

3. Accordingly, the sale of the Assets pursuant to the Sale Order closed on August 11, 2026.

RESPECTFULLY SUBMITTED this 3rd day of September, 2026.

MUNSCH HARDT KOPF & HARR P.C.

By: *_/s/ Marc W. Taubenfeld_*
Marc W. Taubenfeld
State Bar No. 19679800
500 N. Akard St., Suite 4000
Dallas, TX 75201
214-855-7500
mtaubenfeld@munsch.com

COUNSEL TO THE TRUSTEE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 3, 2026, he caused a true and correct copy of this document to be served via the Court's CM/ECF system on all parties entitled to such notice.

By: *_/s/ Marc W. Taubenfeld_*
Marc W. Taubenfeld