Dean Bielitz
Lain, Faulkner & Co, P.C.
400 N. St. Paul St., Suite 600
Dallas, TX 75201
Phone: (214) 720-1929
Fax: (214) 720-1450

ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BOND CLEANERS, INCORPORATED,** | § | **CASE NO. 26-40431-elm7** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 7** |

## FEE APPLICATION COVER SHEET

**Fee Application:** Final
**Applicant:** Lain, Faulkner & Co., P.C.
**Time Period:** July 1, 2026 through November 10, 2026
**Capacity**: Accountants for the Chapter 7 Trustee
**Retainer Received**: $0.00

| **Amount Requested:** | Application |
|---|---|
| Fees incurred during Application Period | $2,865.00 |
| Expenses incurred during Application Period | 0.00 |
| **Total Amount Requested** | **$2,865.00** |

| **Hourly Rates:** | Professional | Staff |
|---|---|---|
| Highest Rates: | $515.00 | $270.00 |
| Total Hours Billed: | 1.90 | 8.10 |
| Amounts Billed: | $925.50 | $1,939.50 |
| Average Hourly Rate: | $487.11 | $239.44 |
| Overall Blended Hourly Rate: | $286.50 | |

*/s/ Dean Bielitz*
Signature

11/18/2026
Date

Dean Bielitz
Lain, Faulkner & Co, P.C.
400 N. St. Paul St., Suite 600
Dallas, TX 75201
Phone: (214) 720-1929
Fax: (214) 720-1450

ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-40431-elm7** |
| **BOND CLEANERS, INCORPORATED,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LAIN, FAULKNER & CO., P.C., AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH STREET, FORT WORTH, TX 76102-3643 BEFORE THE CLOSE OF BUSINESS ON DECEMBER 9, 2026, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON THE APPLICANT PRIOR TO THE DATE AND TIME SET FORTH ABOVE. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

**TO THE HONORABLE EDWARD L. MORRIS,**
**UNITED STATES BANKRUPTCY JUDGE:**

Comes now, Roddrick B. Newhouse, Chapter 7 Trustee herein ("Trustee") on behalf of Lain, Faulkner & Co., P.C. ("Applicant"), makes this *Final Application for Allowance of*

*Compensation and Reimbursement of Expenses for the Chapter 7 Trustee* (the "Application") pursuant to the provisions of 11 U.S.C. §§ 330 and 331 and in support thereof, for the period July 1, 2026 through November 10, 2026 (the "Application Period") in the above-styled and numbered case, and would show the Court as follows:

## I. CASE INFORMATION AND STATUS

1. On January 30, 2026, Bond Cleaners, Incorporated (the "Debtor") filed a voluntary petition under Chapter 7, Title 11 of the U.S. Code, and the Court appointed Roddrick B. Newhouse as Chapter 7 Trustee for the Debtor's estate.

2. On July 23, 2026, the Trustee filed his *Application to Employ Lain, Faulkner & Co., P.C. as Accountants for the Chapter 7 Trustee* [Doc. No. 19]. On August 18, 2026, this Court entered its *Order Approving Application for Employment of Accountants* [Doc. No. 22].

3. The Trustee currently has funds in this Chapter 7 Estate of approximately $47,125.16.

## II. SUMMARY OF THE APPLICATION

4. During the Application Period, Applicant has provided professional accounting and financial consulting services to the Trustee and, pursuant to §330 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, makes this Application for the award of reasonable compensation and reimbursement of reasonable and necessary out-of-pocket expenses.

5. Applicant seeks the allowance of final compensation for 10.00 hours of professional services totaling $2,865.00 and $0.00 in expenses incurred during the Application Period. Total fees requested for the Application Period are $2,865.00.

6. Following is a billing summary showing the hours and total compensation aggregated and itemized as to each professional and staff member who provided compensable services:

| Professional/ Paraprofessional | Hourly Rates | Hours Billed | Amount Billed |
|---|---|---|---|
| Dean Bielitz | $515.00 | 1.70 | 875.50 |
| Erin Patterson | $95.00 | 0.20 | 19.00 |
| Janice Oden | $145.00 | 1.70 | 246.50 |
| Laura Paz-Sanchez | $270.00 | 6.20 | 1,674.00 |
| Scott Reese | $250.00 | 0.20 | 50.00 |
| **TOTALS** | | **10.00** | **$2,865.00** |

7. Following is a billing summary of each category of professional service rendered by Applicant on behalf of the Trustee for the Application Period is as follows:

| Categories | Total Fees Requested |
|---|---|
| Employment/Fee Application | 265.50 |
| Tax Services – Accounting Analysis for Tax Services | 459.00 |
| Tax Services - Federal Income Tax Return | 1,884.50 |
| Tax Services - Other Tax Services | 256.00 |
| **TOTALS** | **$2,865.00** |

8. Applicant believes that the fees applied for herein are fair and reasonable in view of the time spent, the size, complexity and extent of the operation of the Estate, the risks associated with this case, and the results obtained. Applicant has attached as Exhibit "A" a summary listing the total hours billed, the applicable billing rates for each individual, and activity summary listing total hours billed and total fees requested for each project category.

The categories of professional services rendered by the Applicant are summarized as follows:

A. Employment/Fee Application – Prepared its employment documents and this final application. Total Fees Requested - $265.50.

B. Tax Services – Applicant's work in this area is segregated into three project codes to better track the process and document the reasonableness of the related professional fees. A brief explanation of each project code follows:

- *Accounting Analysis for Tax Services*. Reviewed and analyzed Debtor's financial data for the purpose of preparing the FINAL 2025 Form 1041. Total Fees Requested: $459.00.
- *Federal Income Tax Return*. Applicant prepared and processed the 2025 Form 7004 – Application for Automatic Extension of Time to File Tax Return and subsequently prepared and filed the FINAL Federal Corporate tax return, Form 1120. Total Fees Requested - $1,884.50.
- *Other Tax Services*. Applicant reviewed previously filed returns to determine type of business and proper return to file.. Total Fees Requested - $256.00.

9. Applicant has included in **Exhibit A,** a summary and detailed itemization of actual and necessary expenses incurred by Applicant for which reimbursement is sought in the amount of $0.00. Applicant represents that such expenses are reasonable, economical and customarily charged to non-bankruptcy clients. Applicant further represents that requested expenses adhere to allowable rates for expenses as fixed by federal and local guidelines or order of the Court.

## III. EVALUATION STANDARDS

10. The Fifth Circuit Court of Appeals has enumerated a number of factors which should be considered in awarding compensation to professionals, such as the Applicant, in a bankruptcy proceeding such as the instant one. See *First Colonial Corp. V. American Benefit Life Insurance Company*, 544 F.2d 1291 (Fifth Circ. 1977) Cert. Denied, 431 U.S. 904 (1977). *See Lawler V. Teofan, et al*, 807 F.2d 1207 (Fifth Cir. 1987). *See also* 11 U.S.C. §330 and §331. Consideration of these factors follows:

A. Time and Labor Required. Since its appointment, Applicant has committed the necessary time and effort on behalf of the Trustee. During the Application Period,

a total of 10.00 hours totaling $2,865.00 in fees were incurred by Applicant on behalf of the Trustee and this Estate.

B. Novelty and Difficulty of the Questions. The issues that Applicant encountered serving as Accountants for the Chapter 7 Trustee during this Application Period have been of a complex and specialized nature, requiring advanced skills and knowledge in bankruptcy accounting and tax reporting in order to obtain results useful to the Trustee and beneficial to the Estate.

C. Skill Requisite to Perform the Services Properly. Applicant's firm has members, including those who have performed services on behalf of the Trustee, who are specialized in various facets bankruptcy and tax accounting. Due to their expertise and skill in these specialized areas, Applicant believes far more time would have been expended by less experienced personnel, with considerably less desirable results. The professionals and staff members of Applicant who worked on this case are as follows:

(i) Dean Bielitz, CPA/Director ($515.00 per hour) has over 30 years of experience in the preparation of Corporate, Partnership, MLP, Individual, S-Corporate and Trust tax returns.

(ii) Laura Paz-Sanchez, Staff Accountant ($270.00 per hour) has over 10 years of experience in assisting with the preparation of all federal and state tax reporting.

(iii) Scott Reese, Accounting Professional ($250.00 per hour), has over 20 years of experience focusing on bankruptcy, reconstruction accounting and litigation support.

(iv) Janice Oden, Administrative Assistant ($145.00 per hour) has over 40 years of experience as an administrative assistant, supporting the firm's directors in all areas of bankruptcy and litigation.

(v) Erin Patterson, Controller/Firm Administrator ($95.00 per hour), has more than 25 years of experience in office administration and management.

D. Exclusion of Other Employment. Applicant is unable to precisely estimate the extent to which it has been precluded from accepting other employment by reason of its employment as Accountants for the chapter 7 trustee.

E. Customary Fees. The fees for which Applicant has applied herein are within the customary fees awarded in other proceedings for similar services rendered and results obtained.

F. Whether the Fee is Fixed or Contingent. Applicant's fee in this proceeding is fixed at its standard hourly rates and is not contingent upon results achieved or the ultimate availability of funds for the payment of said fees from the bankruptcy Estate. Applicant, however, concedes that fees in bankruptcy cases are contingent on success of the case as well as being subject to scrutiny by this Court.

G. Time Limitations. Applicant believes that its role in this case has, to date, been handled in an expeditious manner, given the factual circumstances involved and the complex issues confronted. Applicant further believes that no undue delays have occurred and that it has proceeded expeditiously and efficiently to the benefit of the Trustee, the creditors and all other parties-in-interest.

H. The Amount Involved and Results Obtained. Applicant's work and effort in assisting the Trustee in this case has been both necessary and beneficial to the Estate and administration of the case. Applicant's efforts and associated benefits to the Estate include assisting the Trustee in complying with the federal and state income tax filing requirements for the Bankruptcy Estate and providing further financial analysis to enable the Trustee to fulfill his fiduciary responsibilities in this case.

I. Experience, Reputation and Ability of Applicant. Applicant submits that its accountants and other staff personnel are respected for their ability in accounting,

tax and financial consulting services, particularly in regard to bankruptcy situations. Applicants have been retained by numerous debtors-in-possession, trustees and committees in various Chapter 11 and Chapter 7 proceedings and have received favorable comments from the Courts and other parties-in-interest.

J. Undesirability of the Case. Applicant does not believe that this is or should be a significant factor in the consideration of this Application. Indeed, Applicant does not believe that this case was undesirable during the Application Period.

K. The Nature and Length of the Professional Relationship with the Client. Prior to Applicant's initial assistance for the Trustee in August 2026 as previously noted in this Application, Applicant had not performed services for the Debtor or any related entities. Applicant has performed accounting services in numerous other bankruptcies, some of which also involved the Trustee, certain creditors and attorneys involved in this case.

L. Awards in Similar Cases. Applicant believes that the services rendered herein as Accountant for the Trustee have substantially benefited the Estate and its creditors, and that such services are of a reasonable value. Applicant further represents that the fees applied for are in conformity with fees allowed in similar proceedings for similar services rendered and results obtained. Applicant respectfully requests that the Court take judicial notice of the awards that have been made in similar proceedings in this Court and other bankruptcy courts in the State of Texas.

## IV. APPLICANT'S REPRESENTATIONS

11. Applicant represents that to the best of Applicant's knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the guidelines for compensation and expense reimbursement of professionals

adopted in the United States Bankruptcy Court for the Northern District of Texas. Furthermore, the compensation and expense reimbursement requested in this Application are billed at rates, in accordance with practices no more favorable than those customarily employed by Applicant and generally accepted by Applicant's clients.

**PRAYER FOR RELIEF**

WHEREFORE, the Applicant respectfully prays that the Court (1) allow on a final basis reasonable compensation for professional services rendered during the Application Period in the total sum of $2,865.00 and expenses incurred during the Application Period in the sum of $0.00; (2) authorize payment of those allowed fees and expenses in the total amount of $2,865.00, in light of the assets in this Estate liabilities afforded the Chapter 7 administrative expense priority; and (3) grant the Applicant such other and further relief, general or special, at law or in equity, to which it may be justly entitled.

**DATED** this 18th day of November 2026.

Respectfully submitted,

*/s/ Dean Bielitz*
Dean Bielitz

Lain, Faulkner & Co, P.C.
400 N. St. Paul St., Suite 600
Dallas, TX 75201
Phone: (214) 720-1929
Fax: (214) 720-1450
***Accountants for the Chapter 7 Trustee***

and

*/s/ Roddrick B. Newhouse*

Roddrick B. Newhouse
Chapter 7 Trustee
401 Century Parkway, Suite 715
Allen, TX 75013
Telephone: 469-777-6560
Rn7trustee@gmail.com
CHAPTER 7 TRUSTEE

**PROFESSIONAL CERTIFICATION**

I hereby certify (a) that I am the professional with responsibility to verify compliance with the Guidelines for Compensation and Expense Reimbursement of Professionals as promulgated in the United States Bankruptcy Court for the Northern District of Texas ("Guidelines"); (b) I have read the Application; (c) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Guidelines; and (d) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by LainFaulkner and generally accepted by LainFaulkner's clients.

*/s/ Dean Bielitz*
Dean Bielitz

**CERTIFICATION BY TRUSTEE**

I, Roddrick Newhouse, the Chapter 7 Trustee in this case, hereby certify that I have read and approved this Final Application for fees and expenses.

Dated: November 18, 2026.

*/s/ Roddrick B. Newhouse*
Roddrick B. Newhouse, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2026, a true and correct copy of the foregoing has been served upon the U.S. Trustee's office, U.S. Bankruptcy Court, the Debtor's counsel and all parties receiving electronic notice via the Court's ECF system and/or first class mail.

*/s/ Roddrick B. Newhouse*

LainFaulkner

Bond Cleaners, Inc.
c/o Roddrick Newhouse, Ch. 7 Trustee
401 Century Pkwy
Unit 715
Allen, TX 75013

Invoice Period: 07-01-2026 - 11-10-2026

**RE: BC2266 - Bond Cleaners, Inc.**

## Time Details

| Date | Staff Member | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Employment/Fee Application | | | | | |
| 07-23-2026 | Janice Oden | Prepared employment documents; forwarded same to counsel for further handling. | 0.50 | 145.00 | 72.50 |
| 11-10-2026 | Janice Oden | Began preparation on this final fee application. | 1.20 | 145.00 | 174.00 |
| 11-10-2026 | Erin Patterson | Generated final fee application and emailed to Janice Oden for processing. | 0.20 | 95.00 | 19.00 |
| | | | 1.90 | | 265.50 |
| Tax Services - Accounting Analysis for Tax Services | | | | | |
| 11-04-2026 | Laura Paz-Sanchez | Analyzed and reviewed the 2025 Form 2 activity in preparation for the federal tax return; discussed with Dean Bielitz sale of asset transaction to determine basis. | 1.70 | 270.00 | 459.00 |
| | | | 1.70 | | 459.00 |
| Tax Services - Federal Income Tax Return | | | | | |
| 10-19-2026 | Laura Paz-Sanchez | Monitored emails between Dean Bielitz and Trustee's counsel regarding tax preparation. | 0.30 | 270.00 | 81.00 |
| 10-21-2026 | Laura Paz-Sanchez | Discussed email received from Trustee's counsel regarding status and filing of tax return. | 0.40 | 270.00 | 108.00 |
| 11-02-2026 | Dean Bielitz | Assisted preparer with the preparation of the Form 982, Cancellation of Debt, for the final tax return. | 0.80 | 515.00 | 412.00 |
| 11-04-2026 | Laura Paz-Sanchez | Prepared transmittal letter to the IRS Centralized Insolvency Operation; prepared bankruptcy statement attached to tax return. | 0.60 | 270.00 | 162.00 |
| 11-04-2026 | Laura Paz-Sanchez | Set up client information in tax software in preparation for tax return. | 0.70 | 270.00 | 189.00 |
| 11-04-2026 | Laura Paz-Sanchez | Prepared the FINAL 2025 Form 1120, U.S. Corporation Income Tax Return. | 1.10 | 270.00 | 297.00 |
| 11-04-2026 | Dean Bielitz | Reviewed the FINAL 2025 Federal tax return and approved for further processing. | 0.50 | 515.00 | 257.50 |
| 11-06-2026 | Laura Paz- | Generated digital copies of the FINLA 2025 Form | 0.60 | 270.00 | 162.00 |



EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Tax Services - Federal Income Tax Return | | | | | |
| | Sanchez | 1120, Form 8879-Corp, and Prompt Determination Letter to transmit to the Trustee for signature and return for further processing. | | | |
| 11-09-2026 | Laura Paz-Sanchez | Uploaded the FINAL 2025 Form 1120 in the tax software to be released for e-filing by Dean Bielitz; documented tax file. | 0.40 | 270.00 | 108.00 |
| 11-09-2026 | Laura Paz-Sanchez | Transmitted the FINAL 2025 Form 1120 to the IRS Centralized Insolvency via facsimile; documented tax file. | 0.40 | 270.00 | 108.00 |
| | | | 5.80 | | 1,884.50 |
| Tax Services - Other Tax Services | | | | | |
| 10-21-2026 | Dean Bielitz | Received e-mail from Trustee regarding status and filing and responded regarding same. | 0.40 | 515.00 | 206.00 |
| 11-03-2026 | Scott Reese | Reviewed correspondence from Laura Paz Sanchez; ran James and Linda Bond through Accurint; identified first five numbers of their social security numbers; forwarded information to Ms. Paz-Sanchez. | 0.20 | 250.00 | 50.00 |
| | | | 0.60 | | 256.00 |
| | | | **Total** | | 2,865.00 |

## Time Summary

| Staff Member | Hours | Rate | Amount |
|---|---|---|---|
| Dean Bielitz | 1.70 | 515.00 | 875.50 |
| Erin Patterson | 0.20 | 95.00 | 19.00 |
| Janice Oden | 1.70 | 145.00 | 246.50 |
| Laura Paz-Sanchez | 6.20 | 270.00 | 1,674.00 |
| Scott Reese | 0.20 | 250.00 | 50.00 |
| **Total** | 10.00 | | 2,865.00 |

| Activity | Hours | Rate | Amount |
|---|---|---|---|
| Employment/Fee Application | 1.90 | 139.74 | 265.50 |
| Tax Services - Accounting Analysis for Tax Services | 1.70 | 270.00 | 459.00 |
| Tax Services - Federal Income Tax Return | 5.80 | 324.91 | 1,884.50 |
| Tax Services - Other Tax Services | 0.60 | 426.67 | 256.00 |
| | | **Total Fees** | 2,865.00 |

**Total for this Invoice** 2,865.00



EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-40431-elm7** |
| **BOND CLEANERS, INCORPORATED,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LAIN, FAULKNER & CO., P.C., AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE**

CAME ON FOR CONSIDERATION, the Final Application for Allowance of Compensation and Reimbursement of Expenses for Lain, Faulkner & Co., P.C., as Accountants for the Chapter 7 Trustee (the "Application") filed by Applicant, Lain Faulkner & Co., P.C., in its Capacity as Accountants for Roddrick B. Newhouse, Chapter 7 Trustee of the bankruptcy estate (the "Estate") of Bond Cleaners, Incorporated (the "Debtor"), the debtor in the above styled and numbered bankruptcy case ("Bankruptcy Case"). Finding that service and notice of the Application were sufficient and appropriate, and finding that the Application complies with all statutes and rules and should otherwise be approved, it is hereby:

ORDERED that the Application is APPROVED; it is further

ORDERED that Applicant is allowed, on a final basis, the full amount of $2,865.00 earned through the date of the Application, on a final basis at this time, with authorization for payment of fees in the amount of $2,865.00, and reimbursement of expenses in the amount of $0.00, for a total payment of $2,865.00 (the "Final Payment"). The balance of the funds held by the Trustee will be distributed pursuant to current and future orders of this Court; it is further

ORDERED that the Trustee is authorized to pay Applicant the Final Payment.

# # # END OF ORDER # # #

Prepared by:
Roddrick Newhouse
401 Century Pkwy
Unit 715
Allen, TX 75013
Phone: 469-777-6560
Email: rn7trustee@gmail.com
Chapter 7 Trustee